# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY IVAN BOBADILLA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>　　　　Respondent. | Case No. CV 14-3623-JEM<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 12, 2014

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John E. McDermott
　　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE